**Order entered October 6, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-00989-CR

**ROSICK HILL, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 4**
**Dallas County, Texas**
**Trial Court Cause No. F-1171579-K**

## ORDER

The Court has before it appellee the State of Texas's October 5, 2016, Second Motion for Extension of Time to File Brief. We **GRANT** the motion and **DIRECT** the Clerk to file appellee's brief tendered with its Second Motion for Extension of Time.

/s/     ROBERT M. FILLMORE
PRESIDING JUSTICE